JACK B. VADURRO, ET AL., PLAINTIFFS-RESPONDENTS, v. YELLOW CAB COMPANY OF CAMDEN, DEFENDANT-PETITIONER.

See same case below: 8 *N. J. Super.* 208.

*Mr. Meyer L. Sakin* for the petitioner.

*Messrs. Malandra & Tomaselli* and *Mr. Joseph Tomaselli* for the respondents.

September 25, 1950.   Granted.

LOUIS PISCIOTTA, PLAINTIFF-RESPONDENT, v. MAHONEY-TROAST CONSTRUCTION COMPANY, DEFENDANT-PETITIONER.

See same case below: 8 *N. J. Super.* 213.

*Messrs. Duggan, Shaw & Hughes* for the petitioner.

*Mr. John W. McGeehan, Jr.,* and *Messrs. O'Brien, Brett & O'Brien* for the respondent.

September 25, 1950.   Denied.